THOMAS P. QUINN, JR. (SBN 132268)
NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

Attorney for Defendant EQUIFAX INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| ALISHA MARTEL, | Case No.: 2:18-cv-00369-TLN-KJN |
| Plaintiff, | **SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND ORDER** |
| vs. | |
| EQUIFAX INC., | **Complaint Served:** 02/19/2018 |
| Defendant. | **Original Response Date:** 03/12/2018 |
| | **Current Response Date:** 04/11/2018 |
| | **New Response Date:** 30 Days from Filing of Plaintiff's First Amended Complaint |

Plaintiff ALISHA MARTEL ("Plaintiff") and Defendant EQUIFAX INC. ("Defendant"), hereby stipulate as follows:

1. Plaintiff served Defendant on February 19, 2018.

2. Defendant's initial deadline to respond to the Complaint was March 12, 2018.

3. Plaintiff and Defendant initially agreed to extend the time 30 days for Defendant to respond to the Complaint up to and including April 11, 2018, so that Defendant would have

- 1 –
_____
SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND ORDER

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

additional time to investigate this matter and the parties could explore the possibility of settlement. Accordingly, on March 2, 2018, Defendant filed a stipulation between Plaintiff and Defendant to extend Defendant's time to respond to the Complaint up to and including April 13, 2018 (docket #5).

4. On or about April 5, 2018, Plaintiff informed Defendant that she intended to file a First Amended Complaint. Accordingly, Plaintiff and Defendant agreed that Defendant's deadline to answer, move or otherwise respond to the Complaint should be further extended to 30 days from the filing date of the First Amended Complaint, and therefore Plaintiff and Defendant submit this second stipulation to extend time to respond to the Complaint.

This change in response deadline will not alter the date of any event or any deadline already fixed by Court order, local rules, or the Federal Rules of Civil Procedure.

Respectfully submitted April 11, 2018:

NOKES & QUINN

/s/ Thomas P. Quinn, Jr.
THOMAS P. QUINN, JR. (Bar No. 132268)
NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com
Attorney for Defendant Equifax Inc.


/s/ Elliot W. Gale
ELLIOT W. GALE (Bar No. 263326)
SAGARIA LAW, P.C.
3017 Douglas Blvd, Suite 200
Roseville, CA 95661
Tel: (408) 279-2288
Fax: (408) 279-2299
Email: egale@sagarialaw.com
Attorney for Plaintiff

- 2 –

SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND ORDER

## Signature Attestation

I obtained the authorization of Elliot W. Gail to affix his signature to this stipulation and submit this stipulation on his behalf.

April 11, 2018                           /s/ Thomas P. Quinn, Jr.
                                         THOMAS P. QUINN, JR.

**ORDER**

Pursuant to stipulation, Defendant Equifax, Inc. is granted a further extension to respond to Plaintiff's complaint until 30 days from the date that Plaintiff files her first amended complaint.

**IT IS SO ORDERED**

Dated: April 11, 2018

Troy L. Nunley
United States District Judge

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500